No. 7586.

EUSEBIO FRANCISCO VS. JOSE BARBA ET AL.

Where a person is in possession of movable property under a title not void on its face, the creditor of his vendor cannot treat the title as null and seize to satisfy a judgment against such vendor, but must resort to a revocatory action and annul the title. McAdam *v.* Soria, 31 La. Ann. 862, reaffirmed.

APPEAL from the Fourth District Court of New Orleans. HOUSTON, J.

*Cullom* and *Michinard* for Plaintiff Appellant. *M'Caleb* for Defendants.

MARR, J., delivered the opinion reversing the judgment below, and reinstating the injunction without prejudice to the defendant's right to institute a revocatory action.